UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-  *Vague Shagenovich Tergalstanyan*

Defendant.
------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

21-CR-444 (LTS)

**Check Proceeding that Applies**

✓  Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

1) I have received and reviewed a copy of the indictment.
2) I do not need the judge to read the indictment aloud to me.
3) I plead not guilty to the charges against me in the indictment.

Date: _____

*Vague Tergalstanyan* by *Raymond Perini*
Signature of Defendant            Defense Attorney.
                                  pursuant to
*Vague Tergalstanyan*             S.O. 20-MC-174.
Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

TERGALSTANYAN - SCHED ORD                VERSION JULY 29, 2021                      3

Date: _____
Signature of Defense Counsel
RAYMOND PERMI

Accepted: __/s/ Laura Taylor Swain__
Signature of Judge
Date: 8/3/2021

Attached: email acknowledgement by defendant.

## RE: Pre trial int

VAGUE TERGALSTANYAN (161939508) View All (read-all-from.cfm?memID=2791232)

Grady County Jail

Friday, July 30, 2021 10:24 AM

Ray,

I have read the Waiver of Right to be present at the Criminal Proceeding, I read it thorougly and understand it. I consent you, Ray Perini, as my attorney to sign the form on my behalf.

Regards,

Vague Tergalstanyan

July 30, 2021

✏️ Reply (new-message.cfm?reply=96596881)    🗑 Delete (delete-message.cfm?mesID=96596881)

✉️ Messages (my-messages.cfm)

Copyright © 2021 by Smart Communications. All Rights Reserved.
Privacy Policy (/privacy-policy.cfm) - Terms of Service (/terms-of-service.cfm) - View in English (/read-message.cfm?mesID=96596881&setLang=en) or Español (/read-message.cfm?mesID=96596881&setLang=es)